### CITY OF STAMFORD *v.* MILIVOJE KOVAC ET AL.
### (10693)

O'CONNELL, LAVERY and HEIMAN, Js.

Considered January 7*—decision released February 1, 1994

---

* The microfiche record and briefs in this appeal are filed under the date of the original argument before this court, June 8, 1992.

*Sigmund L. Miller,* with whom was *Joseph A. Maker,* for the appellants (named defendant et al.).

*James V. Minor,* assistant corporation counsel, with whom, on the brief, was *David M. McCabe,* corporation counsel, for the appellee (plaintiff).

PER CURIAM. The appeal is dismissed pursuant to *Stamford* v. *Kovac,* 228 Conn. 95, 634 A.2d 897 (1993).